**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV-00935-RBJ-STV

JOAN C. LIPIN,

      Plaintiff,

v.

WISEHART SPRINGS INN, INC., ARTHUR DODSON WISEHART,
individually and in his capacity as President of Wisehart Springs Inc. Inc.,
MARK APELMAN, DEBBIE GRIFFITH, in her official capacity as Delta County Assessor,
REBECCA W. GEYER; ELLEN E. WISEHART, RICHARD KREYCIK, and ERIN JAMESON

      Defendants.

---

## NOTICE OF RELATED CASES

---

      Pursuant to D.C COLO.LCivR 3.2, Defendants Wisehart Springs Inn, Inc.; Arthur Dodson Wisehart, individually and as President of Wisehart Springs Inn. Inc.; Ellen E. Wisehart; Richard Kreycik; and Erin Jameson; by their undersigned counsel, and undersigned counsel, *pro se*, give notice of the following related cases:

      1.    *Joan C. Lipin v. Arthur Dodson Wisehart, Erin M. Jameson, Ellen E. Wisehart, and Richard [Rhjakob] Kreycik,* U.S.D.C., D. Colo., Civil Action No. 16-CV-00661-RBJ-STV.

      2.    *Joan C. Lipin, Plaintiff-Appellant v. Arthur Dodson Wisehart, Erin M. Jameson, Ellen E. Wisehart, and Richard [Rhjakob] Kreycik,* Defendants-Appellees, Nos. 18-1060 & 18-1176, United States Court of Appeals for the Tenth Circuit.

      3.    *Arthur McKee Wisehart v. Arthur Dodson Wisehart, Wisehart Springs Inn, and Charles Winston Wisehart,* U.S.D.C., D. Colo., Civil Action No. 18-CV-00021-MSK-NYW.

4.      *Arthur Dodson Wisehart, Co-Trustee of the Dorothy R. Wisehart Trust v. Arthur McKee Wisehart, individually and in his capacity as Co-Trustee of the Dorothy R. Wisehart Trust; and Joan C. Lipin,* Colorado State District Court, Delta County, Colorado, Case No. 2016-CV-030032.

5.      *Arthur Dodson Wisehart, in his capacity as Co-Trustee of the Dorothy R. Wisehart Trust v. Arthur McKee Wisehart, individually and in his capacity as Co-Trustee of the Dorothy R. Wisehart Trust; Schrader Real Estate and Auction Company, Inc., and John Doe,* In the Court of Common Pleas, Preble County, Ohio, Case No. 2015-CV-030565.

DATED at Denver, Colorado this 22nd day of April, 2019.

Respectfully submitted,

BOYLE/APELMAN PC

*/s/ Mark Apelman*
Mark Apelman
BOYLE/APELMAN PC
1660 Lincoln Street, Suite 1510
Denver, CO 80264
Telephone: 303-863-8900
Email: mapelman@ba-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2019, I have emailed the foregoing **NOTICE OF RELATED CASES** to the following non-CM/ECF participant:

Via email:  jclipin@aol.com
Joan Carol Lipin
45 East 89th Street, Apartment 14G
New York, New York 10128

/s/    Judy Wong_____